THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JESSE RODRIQUEZ, Defendant-Appellant.

(Nos. 73-338-41 cons.;

Second District—August 6, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

Ronald Wade, of Rockford, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.